RECEIVED
IN LAKE CHARLES, LA

JAN 2 8 2011
       Par
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DONALD BURGO<br>LA. DOC # 197078 | CIVIL ACTION NO. 09-2009<br>SECTION P |
| VS. | |
| | JUDGE MINALDI |
| HOUMA-THIBODEAUX<br>DIOCESE, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 27 day of Jan, 2010

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**